IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE M. SUVADA, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-07892 |
| THE GORDON FLESCH COMPANY, INC., | Judge Edmond E. Chang |
| Defendant. | Magistrate Judge Young B. Kim |

FILED DEC 1 2 2013 MAGISTRATE JUDGE YOUNG B. KIM

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Michelle M. Suvada and the Defendant, Gordon Flesch Company, Inc. by their attorneys, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

Dated this 12th day of December 2013.

GORDON FLESCH COMPANY, INC.

By: _____
H. Robert Kilkelly
Northern District Bar No. 90785609
Paul W. Schwarzenbart
Northern District Bar No. 90785610
Lee, Kilkelly, Paulson & Younger, S.C.
One West Main Street
P.O. Box 2189
Madison, WI 53701-2189
Telephone: (608) 256-9046
Facsimile: (608) 256-6273

MICHELLE M. SUVADA

By: _____
Colleen M. McLaughlin
Law Offices of Colleen M. McLaughlin
1751 S. Naperville Rd. Ste 209
Wheaton, IL 60189
O (630) 221-0305
F (630) 221-0706

EXHIBIT 1