# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michelle M. Suvada

                              Plaintiff,

v.                                             Case No.: 1:11−cv−07892
                                                           Honorable Edmond E. Chang

The Gordon Flesch Company, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2013:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the successful settlement conference, the status hearing of 12/16/2013 is vacated. The Court expresses its deep gratitude to the magistrate judge for bringing the parties together, and commends the parties for arriving at a mutually agreeable resolution. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.